UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BRITTNEY KENNEDY,** **INDIVIDUALLY and as Surviving Spouse, on behalf of minor M.S.K. and as Anticipated Personal Representative of the Estate of MARQUIS KENNEDY** § § § § § § | § § | |
| Plaintiff, | § § | **Civil Action No. 4:24-cv-208-P** |
| v. | § § § | |
| **THE CITY OF ARLINGTON, TEXAS, ARLINGTON POLICE DEPARTMENT, D/B/A ARLINGTON BASIC POLICE TRAINING ACADEMY, CITY OF ARLINGTON PURCHASING DEPARTMENT, and GRACIE UNIVERSITY** | § § § § § § § § § § § | |
| Defendants. | § § | |

**APPENDIX SUPPORTING ARLINGTON DEFENDANTS'**
**MOTION TO DISMISS AND BRIEF IN SUPPORT**

| DOCUMENT | PAGE(S) |
|---|---|
| USB Flash Drive of Video Recording of Marquis Kennedy Training on September 23, 2022 (manually filed) | COA_00001-USB |
| City of Arlington, City Charter | COA_00002 – COA_00064 |

Respectfully submitted,

/s/ Joshua A. Skinner
CYNTHIA WITHERS
 *Deputy City Attorney*
Texas Bar No. 00791839
cynthia.withers@arlingtontx.gov

JOSHUA A. SKINNER
 *Assistant City Attorney*

Texas Bar No. 24041927
joshua.skinner@arlingtontx.gov

BENJAMIN J. GIBBS
  *Senior Attorney*
Texas Bar No. 24094421
benjamin.gibbs@arlingtontx.gov

CITY OF ARLINGTON
CITY ATTORNEY'S OFFICE
Post Office Box 90231, MS 63-0300
Arlington, Texas 76004-3231
Telephone: (817) 459-6878
Facsimile: (817) 459-6897

**ATTORNEYS FOR DEFENDANTS
THE CITY OF ARLINGTON, TEXAS,
ARLINGTON POLICE DEPARTMENT,
D/B/A ARLINGTON BASIC POLICE
TRAINING ACADEMY, CITY OF
ARLINGTON PURCHASING
DEPARTMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing is being forwarded by electronic filing to all counsel of record on this 1st day of April 2024.

        *Joshua Skinner*
        JOSHUA SKINNER