UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BRITTNEY KENNEDY,** <br> **INDIVIDUALLY and as Surviving** <br> **Spouse, on behalf of minor M.S.K. and** <br> **as Anticipated Personal Representative** <br> **of the Estate of MARQUIS KENNEDY** <br><br> **Plaintiff,** <br><br> v. <br><br> **THE CITY OF ARLINGTON,** <br> **TEXAS,** <br> **ARLINGTON POLICE** <br> **DEPARTMENT,** <br> **D/B/A ARLINGTON BASIC POLICE** <br> **TRAINING ACADEMY, CITY OF** <br> **ARLINGTON PURCHASING** <br> **DEPARTMENT, and GRACIE** <br> **UNIVERSITY** <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § | **Civil Action No. 4:24-cv-208-P** |

**DEFENDANTS' NOTICE OF MANUAL FILING**

Please take notice that the Arlington Defendants manually filed one (1) Flash drive containing the following Video Recording:

- **Defendants' Appendix Page 1: Flash Drive of Video Recording of Marquis Kennedy Training on September 23, 2022.**

This portion of the Appendix Supporting Arlington Defendants' Motion to Dismiss and Brief in Support has not been filed electronically because:

[   ]   the document (or thing) cannot be converted to an electronic format

[ x ]   the electronic file size of the item exceeds 75 MB

[   ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The flash drive has been manually served on all parties.

Respectfully submitted,

/s/ Joshua A. Skinner
CYNTHIA WITHERS
   *Deputy City Attorney*
Texas Bar No. 00791839
cynthia.withers@arlingtontx.gov

JOSHUA A. SKINNER
   *Assistant City Attorney*
Texas Bar No. 24041927
joshua.skinner@arlingtontx.gov

BENJAMIN J. GIBBS
   *Senior Attorney*
Texas Bar No. 24094421
benjamin.gibbs@arlingtontx.gov

CITY OF ARLINGTON
CITY ATTORNEY'S OFFICE
Post Office Box 90231, MS 63-0300
Arlington, Texas 76004-3231
Telephone: (817) 459-6878
Facsimile: (817) 459-6897

**ATTORNEYS FOR DEFENDANTS THE CITY OF ARLINGTON, TEXAS, ARLINGTON POLICE DEPARTMENT, D/B/A ARLINGTON BASIC POLICE TRAINING ACADEMY, CITY OF ARLINGTON PURCHASING DEPARTMENT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Notice and the Appendix containing the Flash drive recording has been served on counsel of record via certified mail, return receipt requested on this 1st day of April 2024.

　　　　　　　　　　Joshua Skinner
　　　　　　　　　JOSHUA SKINNER