UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRITTNEY KENNEDY,**

 Plaintiff,

v.             No. 4:24-cv-00208-P

**THE CITY OF ARLINGTON, TEXAS, ET AL.,**

 Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 16, 2024, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 69. The FCR recommends that the Court grant two different motions to dismiss: (1) the Motion to Dismiss filed by Defendant City of Arlington ("the City") (ECF No. 37); and (2) the Motion to Dismiss filed by fifteen police officers employed by the City ("Individual Officer Defendants") (ECF No. 61). *Id.* at 1. Plaintiff filed an Objection to the FCR on November 29, 2024. ECF No. 72. Responses were filed by the City and the Individual Officer Defendants on December 6, 2024. ECF Nos. 73, 74. Plaintiff replied to the Defendants' responses on December 30, 2024. ECF No. 77.

The Court has conducted a de novo review of the following:

1. The pleadings and record;
2. The FCR of the United States magistrate judge (ECF No. 69);
3. The Plaintiff's written objections to the FCR (ECF No. 72), as well as the Responses by Defendants (ECF Nos. 73, 74) and the Reply by Plaintiff (ECF No. 77); and
4. The applicable law.

The Court, having conducted the de novo review in accordance with

28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**.

It is further **ORDERED** that the Motion to Dismiss filed by the City (ECF No. 37), and the Motion to Dismiss filed by the Individual Officer Defendants (ECF No. 61) are **GRANTED** and the claims against them are **DISMISSED with prejudice**.

**SO ORDERED** on this **2nd day of January 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE